# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

| | | |
|---|---|---|
| Heather Kohls, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-02029 |
| | ) | |
| | ) | |
| | ) | |
| John Stephen Woodard D/B/A Alligator | ) | |
| Rays & ABC Entities 1–5, | ) | |
| | ) | |
| Defendants | ) | |

## ENTRY OF LAW STUDENT APPEARANCE, SUPERVISING ATTORNEY'S CONSENT, AND LAW SCHOOL CERTIFICATION

COMES NOW, Addisyn Mills Bryant, and for his notice of appearance states:

1. I am authorized to practice in the Western District of Arkansas pursuant to General Order 41 (the student practice rule);

2. I have familiarized myself with and will abide by the Arkansas Rules of Professional Conduct, Federal Rules of Civil Procedure, and Local Rules for the United States District Court for the Western District of Arkansas;

3. I will neither ask for nor receive any compensation of any kind directly from the person on whose behalf services are rendered; and

4. I will only appear before any magistrate or district court judge in the presence of my supervising attorney pursuant to General Order 41.

/s/ *Addisyn Mills Bryant*
Addisyn Mills Bryant, Law Student

2

**CONSENT OF THE SUPERVISING ATTORNEY**

Pursuant to the Western District of Arkansas General Order 41, I, Annie Smith, hereby consent to the appearance of Addisyn Mills Bryant on behalf of Plaintiff in the above-captioned matter. I assume full professional responsibility for the student's work. I will be present and prepared to assist at any court appearance and at the taking of any oral deposition.

/s/ Annie Smith
Annie Smith, Supervising Attorney

## CERTIFICATION PURSUANT TO WESTERN DISTRICT OF ARKANSAS GENERAL ORDER 41

Based on the records of the University of Arkansas School of Law, I certify Addisyn Mills Bryant is of good moral character, competent legal ability, and that he has completed his second year of law school.

I further certify that the applicant is now in good standing and enrolled in the University of Arkansas School of Law, which is a law school approved by the Arkansas Bar Association.

Name: *[signature] Tiffany Murphy*

Title: Associate Dean of Academic Affairs

Date: 9/18/23

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on September 19, 2023, a true and correct copy of the above and foregoing was provided via electronic filing to the following attorney of record:

Joe D. Byars
HELTON LAW FIRM
9125 S. Toledo Ave.
Tulsa, Oklahoma 74137
Telephone: (918) 928-7104
Facsimile: (918) 710-3930
joe@heltonlawfirm.com

/s/ Annie Smith
Annie Smith
Civil Litigation and Advocacy Clinic
University of Arkansas School of Law
107 Waterman Hall
1 University of Arkansas
Fayetteville, Arkansas 72701
(479) 575-3056
abs006@uark.edu
Arkansas Bar #2013005