## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

| | | |
|---|---|---|
| Heather M. Kohls, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-02029-PKH |
| | ) | |
| John Stephen Woodard D/B/A Alligator Rays and ABC Entities 1–5, | ) | |
| | ) | |
| Defendants | ) | |

### JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

NOW COME the parties to this action, Plaintiff Heather M. Kohls and Defendant John Stephen Woodard D/B/A Alligator Rays ("the Parties"), by and through their respective attorneys, and hereby request that his Court issue a Protective Order. A proposed order is attached.

WHEREAS the Parties have stipulated to the terms of a proposed protective order to govern the production of commercially sensitive confidential information in this action;

WHEREAS a copy of the stipulated proposed protective order, in the form agreed upon by the Parties, is being submitted to the Court;

WHEREFORE, the Parties jointly respectfully request and move for the entry of a Protective Order regarding confidential information in the proposed protective order submitted to the Court, or as otherwise deemed appropriate by the Court.

Jointly submitted:

/s/ Annie Smith                                    /s/ Joe D. Byars
Annie Smith                                         Joe D. Byars
Civil Litigation and Advocacy Clinic                HELTON LAW FIRM
University of Arkansas School of Law                9125 S. Toledo Ave.
107 Waterman Hall                                   Tulsa, Oklahoma 74137
1 University of Arkansas                            Telephone: (918) 928-7104
Fayetteville, Arkansas 72701                        Facsimile: (918) 710-3930
(479) 575-3056                                      joe@heltonlawfirm.com
abs006@uark.edu
Arkansas Bar #2013005

Counsel for Plaintiff                               Counsel for Defendant

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that on September 28, 2023, a true and correct copy of the above and foregoing was sent via email to the following attorney of record:

Joe D. Byars
HELTON LAW FIRM
9125 S. Toledo Ave.
Tulsa, Oklahoma 74137
Telephone: (918) 928-7104
Facsimile: (918) 710-3930
joe@heltonlawfirm.com

                                                /s/ Annie Smith
                                                Annie Smith
                                                Civil Litigation and Advocacy Clinic
                                                University of Arkansas School of Law
                                                107 Waterman Hall
                                                1 University of Arkansas
                                                Fayetteville, Arkansas 72701
                                                (479) 575-3056
                                                Abs006@uark.edu
                                                Arkansas Bar #2013005