IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**HEATHER KOHLS**                                                               **PLAINTIFF**

vs.                          No. 2:23-cv-2029-PKH

**JOHN STEPHEN WOODARD d/b/a**                        **DEFENDANTS**
**ALLIGATOR RAYS & ABC ENTITIES 1-5**

### MOTION TO WITHDRAW—ATTORNEY DANIEL FORD

Attorney Daniel Ford, an attorney of record herein, for his Motion to Withdraw as counsel for all Plaintiff, states as follows:

1. The undersigned has resigned as a full-time member of the Sanford Law Firm, PLLC, effective October 6, 2023.

2. Plaintiff's other counsel of record will remain unchanged.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Daniel Ford withdrawn and terminated as counsel for Plaintiff.

                                                            Respectfully submitted,

                                                            **ATTORNEY DANIEL FORD**

                                                            SANFORD LAW FIRM, PLLC
                                                            Kirkpatrick Plaza
                                                            10800 Financial Centre Pkwy, Suite 510
                                                            Little Rock, Arkansas 72211
                                                            Telephone: (800) 615-4946
                                                            Facsimile: (888) 787-2040

                                                            Daniel Ford
                                                            Ark. Bar No. 2014162
                                                            daniel@sanfordlawfirm.com